**Margaret P. GILLEO, Plaintiff,**

v.

**CITY OF LADUE, et al., Defendants.**

**No. 90–2396C(7).**

United States District Court,
E.D. Missouri, E.D.

April 30, 1992.

Martin M. Green, Mitchell A. Margo, Green, Hoffmann & Dankenbring, Clayton, Mo., for plaintiff.

Jordan B. Cherrick, Armstrong, Teasdale, Schlafly & Davis, St. Louis, Mo., for defendants.

## ORDER

HAMILTON, District Judge.

This matter is before the Court on Defendants' motion to alter or amend the court's October 1, 1991, 774 F.Supp. 1564, order and judgment. After consideration of the matter,

IT IS HEREBY ORDERED that Defendants' motion to alter or amend the court's October 1, 1991 order and judgment is DENIED.